UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-mj-03582-Becerra

UNITED STATES OF AMERICA,

vs.

YUNIOR L. BLANCO-PEDROSO,

    Defendant.

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     __Yes  X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     __Yes  X No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     __Yes  X No

    Respectfully submitted,

    **ARIANA FAJARDO ORSHAN**
    **UNITED STATES ATTORNEY**

By:    */s/ Karla Albite*
    KARLA ALBITE
    Assistant United States Attorney
    Federal Bar No.: A5502593
    99 N.E. 4th Street
    Miami, Florida 33132
    E-mail: Karla.Albite@usdoj.gov
    Telephone: (305) 961-9268
    Fax: (305) 536-4699

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>YUNIOR L. BLANCO-PEDROSO<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   1:20-mj-03582-Becerra<br>)<br>)<br>) |

**CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   September 8, 2020   in the county of   Miami-Dade   in the
Southern   District of   Florida   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1708 | Theft or receipt of stolen mail matter, generally. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Miguel A. Rivera-Cuadrado, USPIS Postal Inspector
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by   Telephone

Date:   Sept. 11, 2020                                                          _____
*Judge's signature*

City and state:   Miami, Florida                          Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Miguel A. Rivera-Cuadrado, being duly sworn, depose and state the following:

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since September 2019. Thus, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). As an officer of the United States, I am empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in 18 U.S.C. § 1708.

2. I am currently assigned to the Miami Division of the USPIS, specifically, to the Mail Theft/Violent & Economic Crimes Team. As a Postal Inspector, I investigate crimes involving the United States Postal Service ("USPS"), including theft of mail and assaults against USPS employees.

3. I submit this affidavit for the limited purpose of establishing probable cause in support of a criminal complaint charging that on or about September 8, 2020, Yunior L. Blanco-Pedroso ("BLANCO-PEDROSO") did unlawfully have in his possession any letter, postal card, package, bag, or mail, or any article or thing contained therein, which had been so stolen, taken or abstracted, as herein described, knowing the same to have been stolen, taken, or abstracted in violation of 18 U.S.C. § 1708 (theft or receipt of stolen mail matter generally).

4. The information and statements contained in this affidavit are based upon my personal knowledge and investigation, as well as documents and information provided to me by other law enforcement personnel and witnesses. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

**PROBABLE CAUSE**

5. On September 8, 2020, at approximately 2:30 PM, while on routine patrol, a Miami Police Department ("MPD") officer observed a blue 320i BMW driving on Southwest 30th Avenue and Southwest 10th Street, Miami, Florida. The vehicle bore Florida tag NSBE97 and matched the description of a vehicle that had been reported as committing various burglaries in Miami-Dade County. The officer proceeded to drive behind the vehicle and observed that the tag was expired. The officer conducted a traffic stop on Southwest 30th Avenue and Southwest 8th Street, Miami, Florida. The officer made contact with the driver, who identified himself as BLANCO-PEDROSO. The driver stated that he did not have his driver's license with him and that it was expired. The MPD officer performed a records search that confirmed BLANCO-PEDROSO's driver's license was expired. The traffic stop is recorded on body-worn camera.

6. Another MPD officer arrived at the scene and observed in plain view what appeared to be a Macy's box in the driver's back seat addressed to Victim 1. Also in plain view were multiple other packages and parcels, including a USPS priority mail envelope that was not addressed to BLANCO-PEDROSO.

7. Law enforcement contacted Victim 1 while the traffic stop was ongoing. Victim 1 confirmed that at approximately 1:00 PM, she had seen a male, later identified as BLANCO-PEDROSO, at her front door grabbing a box from the front patio of her home. Victim 1 confronted the male, who stated that he had made a delivery to the wrong address and was taking the package to deliver to the correct address. Victim 1 observed the male get into a four (4) door blue BMW and drive away from her home.

8. At or near the scene of traffic stop, MPD conducted a show-up where Victim 1 positively identified BLANCO-PEDROSO as the male who had grabbed a box from her front

porch. Victim 1 confirmed that BLANCO-PEDROSO did not have authority to possess mail intended for her.

9. At the scene of the traffic stop, at approximately 2:45 PM, and while wearing body-worn cameras, law enforcement read BLANCO-PEDROSO his *Miranda* rights by card, in Spanish, which he waived. Upon questioning by MPD officers, BLANCO-PEDROSO denied having knowledge of the packages inside of the vehicle. BLANCO-PEDROSO stated that he rents the blue BMW to other people to make money and that the packages in the vehicle were there when he picked up the vehicle from Associate 1.

10. BLANCO-PEDROSO was arrested for burglary of an unoccupied dwelling and transported to the City of Miami Police Station.

11. At the police station, at approximately 5:00 PM, in an audio-recorded interview, MPD officers continued interviewing BLANCO-PEDROSO in Spanish without re-advising him of his *Miranda* rights at the start of the continued interview. Approximately 50 minutes into the interview, I reminded the defendant of his rights under *Miranda*, which he acknowledged. BLANCO-PEDROSO first denied stealing packages and repeated the statements he made at the traffic stop. After further questioning, the defendant admitted to stealing mail from the front doors of residences. BLANCO-PEDROSO admitted to stealing approximately five (5) to seven (7) packages before being stopped by MPD. BLANCO-PEDROSO further admitted to having a conversation with Victim 1 where he stated that he delivered a package to the wrong address and was taking it to deliver to the correct address.

12. During the interview, MPD officers also presented BLANCO-PEDROSO with home surveillance videos from Miami-Dade County addresses that had been the victims of mail theft and where a four (4) door blue BMW and a white Hispanic male were seen taking mail or

3

packages from the front door. BLANCO-PEDROSO admitted to being the person depicted stealing packages in various of the home surveillance videos.

13. A records check revealed that the blue BMW is registered to BLANCO-PEDROSO and his mother. On September 9, 2020, MPD conducted a search of the blue BMW. The search was performed pursuant to written consent of BLANCO-PEDROSO and his mother. The search revealed that at least three parcels were discovered to have been delivered by USPS and which were not addressed to BLANCO-PEDROSO.

14. Based on the above facts, I submit that there is probable cause to believe that BLANCO-PEDROSO did knowingly steal, take, and abstract any letter and mail and an article and thing contained therein from and out of mailboxes and addresses in Miami-Dade County in violation of 18 U.S.C. § 1708 (theft or receipt of stolen mail matter generally).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Miguel A. Rivera-Cuadrado

_____
Miguel A. Rivera-Cuadrado
Postal Inspector
U.S. Postal Inspection Service

Attested to me by the applicant in
accordance with the requirements of Fed.
R. crim. P. 4.1 by <u>Telephone</u>
this __11__ day of September 2020.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

4